## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 28, 2023

Mr. Greg Harold Greubel
Foundation for Individual Rights and Expression
510 Walnut Street
Suite 1250
Philadelphia, PA 19106

Re: Case No. 23-5771, *Kimberly Diei v. Randy Boyd, et al*
Originating Case No. 2:21-cv-02071

Dear Counsel,

  This appeal has been docketed as case number **23-5771** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 11, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
- Appearance of Counsel
- Civil Appeal Statement of Parties & Issues
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
- Appearance of Counsel
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                 Sincerely yours,

                                                 s/Robin L Baker
                                                 Case Manager
                                                 Direct Dial No. 513-564-7014

cc:  Mr. Frank Hilton Lancaster

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-5771

KIMBERLY DIEI

    Plaintiff - Appellant

v.

RANDY BOYD, in his individual and official capacity as President of the Univeristy of Tennessee System; CHRISTA GEORGE, in her individual and official capacity as Chair of the University of Tennessee Health Science Center College of Pharmacy's Professional Conduct Committee; BRAD BOX; JOHN COMPTON; KARA LAWSON; ALAN WILSON; AMY MILES; CHARLES HATCHER; DECOSTA JENKINS; DONNIE SMITH; JAMIE WOODSON; KIM WHITE; WILLIAM RHODES, III, in their official capacities as members of the Board of Trustees of the Univeristy of Tennessee

    Defendants - Appellees