No. 23-5771
# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

KIMBERLY DIEI,

    Appellant,

v.

RANDY BOYD, *et al.*,

    Appellees.

---

# ATTORNEY KATLYN A. PATTON'S
# MOTION TO WITHDRAW AS COUNSEL

---

Katlyn A. Patton respectfully requests leave to withdraw as counsel for Appellant Kimberly Diei in the above-captioned matter. In support of this motion, the undersigned represents that as of December 28, 2023, she is no longer employed by the Foundation for Individual Rights and Expression, which represents Ms. Diei. The Foundation for Individual Rights and Expression and its attorneys JT Morris and Greg H. Greubel, counsel of record, will continue to represent Ms. Diei in this matter.

Dated: January 19, 2024

Respectfully submitted,

/s/ *Katlyn A. Patton*
Katlyn A. Patton
*Attorney*
PA Bar No. 328353; OH Bar No. 097911
526 Oakland Avenue, Apt. D
Charlotte, NC 28204
Tel: (614) 312-8792
katlynapatton@gmail.com

# CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g) and 6th Cir. R. 32, I certify that this motion complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A) because it contains 76 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in 14-point Century Schoolbook font using Microsoft Word.

/s/ *Katlyn A. Patton*

## CERTIFICATE OF SERVICE

I certify that on January 19, 2024, the foregoing was electronically filed with the Court via the Court's appellate CM/ECF system, and a copy of the same was automatically served on all parties registered with the CM/ECF system on the same date.

/s/ <u>*Katlyn A. Patton*</u>