UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5771**

Case Title: **KIMBERLY DIEI** vs. **RANDY BOYD, ET AL.**

List all clients you represent in this appeal:

> **Kimberly Diei**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Raul A. Ruiz**   Signature: s/ **Raul A. Ruiz**

Firm Name: **Foundation for Individual Rights and Expression**

Business Address: **510 Walnut Street, Suite 900**

City/State/Zip: **Philadelphia, Pennsylvania 19106**

Telephone Number (Area Code): **(215) 717-3473**

Email Address: **raul.ruiz@thefire.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---