**CASE NO. 23-5771**

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

KIMBERLY DIEI,

*Appellant/Plaintiff,*

-vs-

RANDY BOYD, et al.,

*Appellees/Defendants.*

---

On Appeal from the Judgment of the United States
District Court for the Western District of Tennessee
(2:21-cv-02071-JTF-cgc)

---

**APPELLANT'S UNCONTESTED MOTION
FOR CONTINUANCE OF ORAL ARGUMENT DATE**

---

GREG H. GREUBEL
  *Counsel of Record*
JT MORRIS
RAUL A. RUIZ
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania
19106
(215) 717-3473
greg.greubel@thefire.org
jt.morris@thefire.org
raul.ruiz@thefire.org

*Counsel for Appellant*

# APPELLANT'S UNOPPOSED MOTION FOR CONTINUANCE OF ORAL ARGUMENT DATE

Under Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 27, Appellant Kimberly Diei respectfully moves this Court to continue the oral argument due to the exceptional circumstances described below.

Good cause exists to grant this motion for these reasons:

1.	On March 14, 2024, the Court scheduled this matter for oral argument on May 2, 2024, at 9 a.m. Doc. 28.

2.	Diei's lead counsel, Greg Greubel, will begin paternity leave on April 29, 2024, to care for his daughter. His leave will end on July 1, 2024, when she starts attending daycare.

3.	Greubel has previously rescheduled paternity leave and daycare plans due to the rescheduling of an oral argument in a matter before the Eleventh Circuit Court of Appeals, where he is also lead counsel, *Novoa v. Diaz*, No. 22-13994 (11th Cir.).

4.	The oral argument in *Novoa v. Diaz* is set for the week of June 10, 2024.

5. Despite his best efforts, Greubel could not secure additional care for his daughter the week of April 29, 2024, and he cannot revise her daycare start date.

6. Due to his and his wife's work obligations, Greubel could not finalize leave and daycare plans and submit an appropriate counsel unavailability form before the March 14, 2024 Order setting the oral argument deadline. Doc. 28.

7. Diei's other counsel, JT Morris, is also unavailable for oral argument on May 2, 2024. He is lead counsel in *Spectrum WT v. Wendler*, 23-10994 (5th Cir.), and will present oral argument before the Fifth Circuit the week of April 29, 2024.

8. Counsel for Appellees do not oppose this Motion.

Based on the preceding, Appellant Kimberly Diei respectfully requests that this Court grant a continuance due to exceptional circumstances of the oral argument currently scheduled for May 2, 2024, and reschedule it for a date after July 1, 2024, that is convenient to the Court.

DATED: March 19, 2024

Respectfully Submitted,

*/s/ Greg H. Greubel*
GREG H. GREUBEL
  *Counsel of Record*
JT MORRIS
RAUL A. RUIZ
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
(215) 717-3473
greg.greubel@thefire.org
jt.morris@thefire.org
raul.ruiz@thefire.org

*Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE WITH FRAP 32

I certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B)(ii) because this Motion contains 361 words, as calculated by Word, excluding the parts of the brief exempted by Rule 32(f), Fed.R.App.P.

This Motion complies with the typeface requirements of Fed.R.App.P. 32(a)(5) and the type style requirements of Fed.R.App.P. 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using MS Word 2019 in Times New Roman 14 point font.

Dated: March 19, 2024

/s/ Greg H. Greubel
Greg H. Greubel

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on March 19, 2024. I certify that counsel for Appellees in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:	March 19, 2024

/s/ Greg H. Greubel
Greg H. Greubel